522 A.2d 46
**Deborah K. LUCIANO**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1987.

Decided March 23, 1987.

Jonathan Zorach, Charles G. Hasson, Peter C. Layman, Unemployment Compensation Bd. of Review, Harrisburg, for appellant.

John P. Bogdanovicz, David M. Axinn, Blair County Legal Services, Altoona, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

McDERMOTT and ZAPPALA, JJ., dissent.